SCANNED
DATE 7-27-04
BY:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOUCHPOINT SOLUTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>)<br>Defendant. )<br>) | C.A. No. 04-11014-NMG |

## ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER
## OR OTHERWISE RESPOND TO COMPLAINT

The defendant, Eastman Kodak Company ("Kodak") respectfully requests this Court to extend the time for it to answer or otherwise respond to the Complaint filed by Touchpoint Solutions, Inc. ("Touchpoint"), up to and including Friday, August 13, 2004. This is the first request for an extension of time, and is sought, inter alia, due to the preexisting vacation schedule of counsel. Counsel for Touchpoint, H. Joseph Hameline, assents to the requested extension.

WHEREFORE, Kodak moves this Court to extend the time for it to answer or otherwise respond to the Complaint, up to and including Friday, August 13, 2004; or grant such additional and/or alternative relief as the Court deems just and appropriate.

EASTMAN KODAK COMPANY,
By its attorneys,

_____
Nicholas G. Papastavros (BBO # 635742)
NIXON PEABODY LLP
101 Federal Street
Boston, MA 02110-1832
(617) 345-1000

Robert Calihan
NIXON PEABODY LLP
Clinton Square
Rochester, NY 14603
(585) 263-1000

BOS570553

-2-

Assented-To Motion to Extend Time (cont'd)

Assented-To:

TOUCHPOINT SOLUTIONS, INC.
By its attorneys,

/s/ H. Joseph Hameline
_____
H. Joseph Hameline (BBO # 218710)
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

DATED: July 26, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 7/26/04.

BOS570553