IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOUCHPOINT SOLUTIONS, INC., Plaintiff, <br><br> v. <br><br> EASTMAN KODAK COMPANY, Defendant | Civil Action No. 04-11014-NMG |

## AFFIDAVIT OF ANILA JOBANPUTRA

I, Anila Jobanputra, on oath depose and state:

1. I am President of TouchPoint Solutions, Inc.

2. I have read the Factual Background section of TouchPoint Solution Inc.'s Memorandum of Law In Support of Its Motion for Expedited Discovery. The facts set forth there in are true to the best of my knowledge, information and belief.

Signed under the penalties of perjury on the 13th day of August, 2004.

_____
Anila Jobanputra

LIT 1474169v1