IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 SEP 22  A 11: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

TOUCHPOINT SOLUTIONS, INC.,
    Plaintiff,

v.

EASTMAN KODAK COMPANY,
    Defendant.

Civil Action No. 04-11014-NMG

## PLAINTIFF TOUCHPOINT SOLUTIONS, INC.'S MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES

In accordance with Local Rule 7.1(B)(4), Plaintiff TouchPoint Solutions, Inc. ("TouchPoint") respectfully requests leave to file a memorandum in support of its Application for Preliminary Injunction that is 45 pages in length. TouchPoint seeks injunctive relief against Defendant Eastman Kodak Company because, in violation of its confidentiality obligations to TouchPoint, Kodak is using of TouchPoint's trade secret information to develop competitive products internally and has provided that information to third-party competitors. Given the technological complexity of the product at issue and the parties' intensive, year long relationship, a memorandum in excess of 20 pages is necessary to provide the Court with a complete understanding of the extent of the internal contamination at Kodak and the necessity of injunctive relief.

WHEREFORE, TouchPoint requests that the Court grant its Motion for Leave to File a Memorandum of Law in Excess of Twenty Pages be allowed.

Respectfully submitted,

TOUCHPOINT SOLUTIONS, INC.,

By its attorneys,

_____
H. Joseph Hameline, BBO #218710
Geri L. Haight, BBO #638185
Mintz, Levin, Cohn, Ferris,
   Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
617-542-6000

Dated: September 21, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

On September 20, 2004, prior to filing this Motion, counsel conferred, and counsel for Eastman Kodak Company did not assent to this Motion prior to its filing.

_____
Geri L. Haight

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2004, I caused the foregoing *TouchPoint Solution, Inc.'s Motion for Leave to File a Memorandum in Excess of Twenty Pages* to be served by hand-delivery on the following:

Nicholas G. Papastavros, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Robert Calihan
Nixon Peabody, LLP
Clinton Square
Rochester, NY 14603

_____
Geri L. Haight

2