FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 SEP 27 P 3: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

TOUCHPOINT SOLUTIONS, INC.,

Plaintiff,

vs.

EASTMAN KODAK COMPANY,

Defendant.

C.A. No. 04-11014 NMG

## ASSENTED-TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE

The undersigned, counsel for defendant Eastman Kodak Company ("Kodak") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Robert B. Calihan, a partner in the law firm Nixon Peabody LLP, be permitted to appear as counsel for Kodak and practice in this Court pro hac vice. Mr. Calihan has a long-term relationship with Kodak and its employees, which will be of assistance in litigating this case on behalf of Kodak.

Mr. Calihan is a member of the bar in good standing in the State of New York as well as the U.S. District Courts for the Eastern, Western, and Southern Districts of New York, and the U.S. Court of Appeals for the Second Circuit. He has filed an affidavit concurrently herewith, setting forth the information required under Local Rule 83.5.3.

The undersigned represents that counsel for the plaintiff, TouchPoint Solutions, Inc.,

BOS1410124.1

assents to the relief requested in this Motion.

                                   EASTMAN KODAK COMPANY,
By its attorneys,

*/s/ Nicholas G. Papastavros*
Nicholas G. Papastavros (BBO # 635742)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

DATED: August 18, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 8/18/04