UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 SEP 29 P 2: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

TOUCHPOINT SOLUTIONS, INC.,

Plaintiff,

vs.

EASTMAN KODAK COMPANY,

Defendant.

C.A. No. 04-11014 NMG

### DEFENDANT EASTMAN KODAK COMPANY'S ASSENTED-TO MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF THE TWENTY PAGE LIMITATION

Pursuant to Local Rule 7.1(B)(4), Defendant Eastman Kodak Company ("Kodak"), hereby submits this assented-to motion requesting leave to exceed the page limitations in its Opposition to Plaintiff TouchPoint Solutions Inc.'s *Application for Preliminary Injunctive Relief*. Kodak respectfully requests that it be allowed to file a memorandum up to and including thirty-seven (37) pages. As grounds for this motion, Kodak states:

(1) Plaintiff TouchPoint Solutions, Inc. ("Touchpoint") has assented to this request.

(2) In filing its *Application For Preliminary Injunctive Relief*, TouchPoint filed a request to exceed the page limitations up to and including forty-five (45) pages. Kodak assented to this request for TouchPoint's extension of the page limitations.

(3) TouchPoint's brief, filed with this Court on September 21, 2004, amounted to forty-one (41) pages.

(4) In order that it may fully and adequately address the complex technological issues in this matter, as well as the lengthy arguments presented in TouchPoint's brief, it is necessary for Kodak to present a memorandum in excess of the twenty (20) page limit.

WHEREFORE, Kodak respectfully requests that this Court:

(i) Allow this motion for an extension of the page limitations up to and including thirty-seven (37) pages.

BOS1421990.1

- 2 -

    (ii)    Grant such other or further relief as is just and appropriate.

EASTMAN KODAK COMPANY,

By its attorneys,

*/s/ Nicholas G. Papastavros*
Nicholas G. Papastavros (BBO # 635742)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Of counsel:
Robert B. Calihan

DATED: September 29, 2004

BOS1421990.1