IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TOUCHPOINT SOLUTIONS, INC.,

Plaintiff,

v.

EASTMAN KODAK COMPANY,

Defendant.

Civil Action No. 04-11014-NMG

### EASTMAN KODAK COMPANY'S PROPOSED SCHEDULING ORDER

| Date | Event |
|---|---|
| October 15, 2004 | Deadline for amending pleadings |
| December 3, 2004 | Deadline for completion of fact discovery<br>Deadline for expert disclosures by TouchPoint |
| December 10, 2004 | Deadline for expert disclosures by Kodak |
| December 17, 2004 | Deadline for completion of expert discovery |
| December 23, 2004 | Deadline for filing dispositive motions |
| January 7, 2004 | Deadline for opposing dispositive motions |
| January 26, 2005 | Trial |

To accommodate the proposed expedited schedule, the parties agree that discovery responses will be exchanged within twenty (20) days of service of requests for documents and/or interrogatories.

R802096.1

The Scheduling Order may be subject to change for good cause shown.

                                    Respectfully submitted,

                                    EASTMAN KODAK COMPANY,

                                    By its attorneys

                                    *Nick G. Papastavros*
                                    Nicholas G. Papastavros, BBO # 635742
                                    Nixon Peabody LLP
                                    100 Summer Street
                                    Boston, MA 02110
                                    617-345-1000

Date: October 6, 2004

R802096.1