IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -6  P 1: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

TOUCHPOINT SOLUTIONS, INC.,
    Plaintiff,

v.

EASTMAN KODAK COMPANY,
    Defendant.

Civil Action No. 04-11014-NMG

## [PROPOSED] SCHEDULING ORDER

In accordance with the Court's instructions at the Preliminary Injunction Hearing on October 1, 2004, Plaintiff TouchPoint Solutions, Inc. ("TouchPoint") submits this [Proposed] Scheduling Order.

| Date | Event |
|---|---|
| October 15, 2004 | Deadline for amending pleadings |
| December 3, 2004 | Deadline for completion of fact discovery<br>Deadline for expert disclosures by TouchPoint |
| December 6, 2004 | Deadline for filing dispositive motions |
| December 10, 2004 | Deadline for expert disclosures by Kodak |
| December 17, 2004 | Deadline for completion of expert discovery |
| December 20, 2004 | Deadline for opposing dispositive motions |
| January 10, 2005 | Trial |

To accommodate the proposed expedited schedule, the parties agree that discovery responses will be exchanged within twenty (20) days of service of requests for documents and/or interrogatories.

Respectfully submitted,

TOUCHPOINT SOLUTIONS, INC.,

By its attorneys,

_____
H. Joseph Hameline, BBO #218710
Geri L. Haight, BBO #638185
Mintz, Levin, Cohn, Ferris,
   Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
617-542-6000

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 2004, I caused the foregoing *[Proposed] Scheduling Order* to be served by hand-delivery or by fax on the following:

Nicholas G. Papastavros, Esquire (by hand)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Robert Calihan, Esquire (by fax)
Nixon Peabody LLP
1300 Clinton Square
Rochester, NY 14603

_____
Geri L. Haight

LIT 1481872v1