**MINTZ LEVIN
COHN FERRIS
GLOVSKY AND
POPEO PC**

Boston
Washington
Reston
New York
New Haven
Los Angeles
London

FILED
IN CLERKS OFFICE

2004 NOV 15  P 1:06

U.S. DISTRICT COURT
DISTRICT OF MASS.

One Financial Center
Boston, Massachusetts 02111
617 542 6000
617 542 2241 fax
www.mintz.com

*H. Joseph Hameline*

Direct dial 617 348 1651
HHameline@mintz.com

November 15, 2004

**BY HAND DELIVERY**

Mr. Craig Nicewicz,
Clerk to Judge Nathaniel M. Gorton
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

> Re:  **Touchpoint Solutions, Inc. v. Eastman Kodak Company**
> USDC (MA) C.A. No. 04-11014-NMG

Dear Mr. Nicewicz:

We wanted to confirm that the parties are in settlement discussions and in the process of negotiating a final agreement that would resolve the dispute. The parties anticipate completing this work this week, and would propose reporting back to the Court on or before Monday, November 22, 2004 on the status of the case.

Kindly let us know if this approach and process is not acceptable to the Court or if the Court has any questions about this approach and process.

Very truly yours,

H. Joseph Hameline

Enclosures
cc:   Robert B. Calihan, Esquire (by fax and first-class mail)

LIT 1488878v2