- 8 -

**Exhibit F**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOUCHPOINT SOLUTIONS, INC., <br> Plaintiff, <br><br> v. <br><br> EASTMAN KODAK COMPANY, <br> Defendant | Civil Action No. 04-11014-NMG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions of FED. R. CIV. P. 41(a)(1)(ii), and by joint stipulation of the parties, Plaintiff TouchPoint Solutions, Inc., and Defendant Eastman Kodak Company (collectively, the "Parties"), in the above-referenced action, hereby stipulate and agree to the dismissal of all claims in the above-captioned matter, with prejudice and without rights of appeal. Each party will bear its own costs and attorneys' fees.

TOUCHPOINT SOLUTIONS, INC.,

By their attorneys,

_____
H. Joseph Hameline, BBO #218710
Geri L. Haight, BBO #638185
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

EASTMAN KODAK COMPANY,

By their attorneys,

_____
Nicholas Papastavros
Robert B. Calihan
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

LIT 1489699v1

R811715.1